# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**JAMES C. DeFRANCESCO**

      vs.                                  **CASE NUMBER: 1:06-cv-1070**
                                                     **(FJS/DRH)**

**DEBRA J. GILHAM, personally and in her**
**capacity as an officer/employee of the**
**Albany County Sheriff's Department; ERIN**
**HUGHES, personally and in her capacity as**
**an officer/employee of the Saratoga County**
**Child Protective Services Office of the**
**Saratoga County Department of Social**
**Services; JAMES CAMPBELL, Albany County**
**Sheriff; and THE COUNTY OF SARATOGA,**
**NEW YORK**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Dismissal of Defendant, Erin Hughes, from this action due to a lack of jurisdiction; the Granting of the January 8, 2009  Motion to Dismiss filed by Defendants Debra J. Gilham and James Campbell; and the Granting of the January 20, 2009 Summary Judgment Motion filed by Defendant, The County of Saratoga,  Judgment is hereby entered in favor of the Defendants.  This action is closed.

All of the above pursuant to the Orders of the Honorable Judge Frederick J. Scullin, dated the 28th day of March, 2008, and the 4th day of November, 2009.

DATED: November 4, 2009

Clerk of Court

s/ Melissa Ennis
_____
Melissa Ennis
Deputy Clerk